UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| NADER ASGHARI-KAMRANI and KAMRAN ASGHARI-KAMRANI<br><br>Plaintiffs,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION<br><br>Defendant. | Civ. Act. No. 2:15-cv-478 RGD-LRL |

## USAA'S MOTION FOR ATTORNEYS' FEES

Defendant United Services Automobile Association ("USAA") submits that this case warrants sanctions due to Plaintiffs' exceptionally weak litigation positions and the manner in which this case was litigated. Accordingly, USAA hereby moves the Court for an award of its attorneys' fees in the above-captioned action pursuant to 35 U.S.C. § 285, 28 U.S.C. § 1927, FED. R. CIV. P. 37, 54(d)(2), and the Court's inherent power, jointly and severally between Plaintiffs and their counsel.

A memorandum stating USAA's factual and legal support for this motion is attached, as is a proposed order.

                                                  Respectfully submitted,

                                                  FISH & RICHARDSON P.C.

Dated: July 19, 2016                    By:   */s/ Ahmed J. Davis*
                                                  Ahmed J. Davis (Va. Bar # 43982)
                                                  adavis@fr.com
                                                  **FISH & RICHARDSON P.C.**
                                                  1425 K Street, N.W., Suite 1100
                                                 Washington, DC 20005
                                                 Phone: (202) 783-5070
                                                 Fax: (202) 783-2331

                                                 David Francescani (*Pro hac vice*)
                                                 francescani@fr.com
                                                 Michael T. Zoppo (*Pro hac vice*)
                                                 zoppo@fr.com
                                                 **FISH & RICHARDSON, P.C.**
                                                 601 Lexington Avenue, 52nd Floor
                                                 New York, New York 10022
                                                 Tel. (212) 765-5070
                                                 Fax (212) 258-2291

                                                 Matthew C. Berntsen (*Pro hac vice*)
                                                 berntsen@fr.com
                                                 David Kuznick (*Pro hac vice*)
                                                 kuznick@fr.com
                                                 **FISH & RICHARDSON, P.C.**
                                                 One Marina Park Drive
                                                 Boston, MA 02210-1878
                                                 Tel. 617-542-5070
                                                 Fax (617) 542-8906

                                            Counsel for Defendant
                                            UNITED SERVICES AUTOMOBILE
                                            ASSOCIATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been filed with the Court's ECF systems, and thereby served all parties and counsel designated to receive such notices, on July 19, 2016.

    /s/ Ahmed J. Davis
Ahmed J. Davis (Va. Bar # 43982)
adavis@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street, N.W., Suite 1100
Washington, DC 20005
Phone: (202) 783-5070
Fax: (202) 783-2331

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on July 14, 2016 Michael Zoppo and Matthew Berntsen for USAA and Reece Nienstadt for Plaintiffs met and conferred telephonically. Counsel attempted to resolve the issues addressed in this Motion in good faith and an impasse was reached..

    /s/ Ahmed J. Davis