# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

|  |  |
|---|---|
| **NADER ASGHARI-KAMRANI and KAMRAN ASGHARI-KAMRANI**, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION**, | ) ) ) |
| Defendant. | ) ) ) ) ) ) ) |

Civil Action No. 2:15-cv-00478-RGD-RJK

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND RELATED EXPENSES

Plaintiffs Nader Asghari-Kamrani and Kamran Asghari-Kamrani ("Plaintiffs") by counsel, respectfully move the Court for an award of their attorneys' fees and related nontaxable expenses in this case pursuant to 35 U.S.C. § 285, 28 U.S.C. § 1927, and the Court's inherent power.

The grounds for this motion are stated in Plaintiffs' Memorandum in Support, filed concurrently herewith.

Respectfully submitted,


**MEI & MARK LLP**

Dated: June 1, 2017                    /s/ Krystyna Colantoni                                  
                                       Krystyna Colantoni (VA Bar # 76612)
                                       Email: kcolantoni@meimark.com
                                       Irene H. Chen (VA Bar # 84841)
                                       ichen@meimark.com
                                       Reece Nienstadt (*Pro Hac Vice*)
                                       Email: rnienstadt@meimark.com
                                       MEI & MARK LLP
                                       P.O. Box 65981
                                       Washington, DC 20035-5981

                                       Jeff Pearson (VA Bar # 75290)
                                       jpearson@meimark.com
                                       MEI & MARK LLP
                                       P.O. Box 487
                                       Boca Raton, FL 33429-0487

                                       Telephone:     888-860-5678
                                       Facsimile:     888-706-1173

                                       *Counsel for Plaintiffs Nader Asghari-Kamrani*
                                       *and Kamran Asghari-Kamrani*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing is being electronically filed with the Clerk of Court

using the CM/ECF system on June 1, 2017, which will then send a notification of such filing

(NEF) to:

Ahmed J. Davis (Va. Bar # 43982)
adavis@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, DC 20005

Michael T. Zoppo (*Pro hac vice*)
zoppo@fr.com
FISH & RICHARDSON, P.C.
601 Lexington Avenue, 52nd Floor
New York, New York 10022

Matthew Berntsen (*Pro hac vice*)
berntsen@fr.com
David Kuznick (*Pro hac vice*)
kuznick@fr.com
Grant Rice (*Pro hac vice*)
rice@fr.com
FISH & RICHARDSON, P.C.
One Marina Park Drive
Boston, MA 02210-1878

*Counsel for Defendant*
*United Services Automobile Association*

/s/ Krystyna Colantoni
Krystyna Colantoni (VA Bar # 76612)
Email: kcolantoni@meimark.com
Irene H. Chen (VA Bar # 84841)
ichen@meimark.com
Reece Nienstadt (*Pro Hac Vice*)
Email: rnienstadt@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981

Jeff Pearson (VA Bar # 75290)
jpearson@meimark.com
MEI & MARK LLP
P.O. Box 487
Boca Raton, FL 33429-0487

Telephone:    888-860-5678
Facsimile:    888-706-1173

*Counsel for Plaintiffs Nader Asghari-Kamrani*
*and Kamran Asghari-Kamrani*